DAVID B. PORTER   SBN 155347
LAW OFFICES OF DAVID B. PORTER
505 Montgomery Street, 13th Floor
San Francisco, CA  94111
Telephone:  (415) 956-2700
Facsimile:  (415) 956-2707
Email:  dave@porterlawweb.com

Attorney for KEITH NGO,
KNT INC. PRO-SWISS MACHINING,
and KNT ENGINEERING, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KEITH NGO, KNT, INC. PRO-SWISS MACHINING, and KNT ENGINEERING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 15-cv-05065-TEH <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiffs, KEITH NGO, KNT, INC. PRO-SWISS MACHINING, and KNT ENGINEERING, INC., hereby voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

The defendant has filed neither an answer or a motion for summary judgment, and dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

/ / /

Respectfully submitted,

LAW OFFICES OF DAVID B. PORTER

Date: January 21, 2016

By: /s/ David B. Porter
DAVID B. PORTER

Attorney for KEITH NGO, KNT, INC.
PRO-SWISS MACHINING, and
KNT ENGINEERING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I filed the foregoing Notice of Voluntary Dismissal with the Court using the Court's CM/ECF System and that a copy was sent to the following:

JOSE A. OLIVERA
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
E-mail: jose.olivera@usdoj.gov

Attorney for the United States of America

By: /s/ David B. Porter
DAVID B. PORTER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 01/25/2016 — IT IS SO ORDERED — Judge Thelton E. Henderson]